# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELMER MORENO MENDOZA, | No. CV 19-9873-FMO (PLA) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| ANDRE ZALDIVIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the previous Magistrate Judge assigned to this matter. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. All claims in the Complaint are dismissed without prejudice, except for plaintiff's First Amendment retaliation claim.

3. The newly-assigned Magistrate Judge shall establish a case schedule, which may include a deadline for defendants to answer or respond to plaintiff's Complaint.

/

/

4. The clerk shall serve this Order on all counsel or parties of record.

DATED: August 25, 2020

                    /s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE