**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELMER MORENO MENDOZA,<br><br>                        Plaintiff,<br><br>            v.<br><br>ANDRE ZALDIVIA, et al.,<br><br>                        Defendants. | No. CV 19-9873-FMO (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including plaintiff's "Response to Defendant's Reply in Support of Motion to Dismiss" (ECF No. 34), and the Magistrate Judge's Final Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Final Report and Recommendation is accepted.
2. Judgment shall be entered consistent with this Order.
3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: February 4, 2021                              /s/
                                                              HONORABLE FERNANDO M. OLGUIN
                                                              UNITED STATES DISTRICT JUDGE