JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ELMER MORENO MENDOZA, | ) | No. CV 19-9873-FMO (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ANDRE ZALDIVIA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Final Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed without prejudice for failure to exhaust administrative remedies, and the action is dismissed.

DATED: February 4, 2021

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE